NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MABEL A. RODRIGUEZ,**
*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent*

---

2024-2165

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-18-0408-I-2.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Mabel A. Rodriguez's motion to withdraw her petition for review pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement that each party should bear its own costs upon the dismissal,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the petition is dismissed.

2                                                    RODRIGUEZ v. USPS

(2)  Each party shall bear its own costs.

FOR THE COURT

April 9, 2024                              Jarrett B. Perlow
Date                                       Clerk of Court

ISSUED AS A MANDATE: April 9, 2025